1
2
3
4

LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

5
6

Attorneys for Plaintiff
ROB (DIMAS) O'CAMPO

7
8
9
10

PHILIP B. PRICE, SBN 32620
LINDA SCHULKEN, SBN 178382
PRICE & BROWN
466 Vallombrosa Avenue
P. O. Box 1420
Chico, CA 95927
Telephone: (530) 343-4412
Facsimile: (530) 343-7251

11
12

Attorneys for Defendants PNS STORES, INC.
dba BIG LOTS #04596; CLAY KANGERGA
and SCOTT KANGERGA

13

14           UNITED STATES DISTRICT COURT

15           EASTERN DISTRICT OF CALIFORNIA

16

17

ROB (DIMAS) O'CAMPO,

18            Plaintiff,

19   v.

20   PNS STORES, INC. dba BIG LOTS #04596,
     et al.,

21

22            Defendants.
     _____/

Case No. 2:11-cv-03011-JAM-CMK

JOINT STIPULATION FOR DISMISSAL
and ORDER THEREON

23
24
25
26
27
28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROB (DIMAS) O'CAMPO, and defendants, PNS STORES, INC. dba BIG LOTS #04596; CLAY KANGERGA and SCOTT KANGERGA, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 16, 2012          DISABLED ADVOCACY GROUP, APLC


                                  _/s/  Lynn Hubbard_____
                                  LYNN HUBBARD III
                                  Attorney for Plaintiff ROB (DIMAS) O'CAMPO


Dated: February 16, 2012          PRICE & BROWN


                                  _/s/  Philip B. Price_____
                                  PHILIP B. PRICE
                                  Attorney for Defendants PNS STORES, INC. dba BIG
                                  LOTS #04596; CLAY KANGERGA and SCOTT
                                  KANGERGA



                              **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03011-JAM-CMK, is hereby dismissed with prejudice.


Dated: 2/16/2012                  /s/ John A. Mendez_____
                                  United States District Court  Judge