| | |
|---|---|
| 1 | LYNN HUBBARD III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | DISABLED ADVOCACY GROUP, APLC |
| | 12 Williamsburg Lane |
| 3 | Chico, CA 95926 |
| | Telephone:  (530) 895-3252 |
| 4 | Facsimile:  (530) 894-8244 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | ROB (DIMAS) O'CAMPO |
| 7 | PHILIP B. PRICE, SBN 32620 |
| | LINDA SCHULKEN, SBN 178382 |
| 8 | PRICE & BROWN |
| | 466 Vallombrosa Avenue |
| 9 | P. O. Box 1420 |
| | Chico, CA 95927 |
| 10 | Telephone: (530) 343-4412 |
| | Facsimile: (530) 343-7251 |
| 11 | |
| | Attorneys for Defendants PNS STORES, INC. |
| 12 | dba BIG LOTS #04596; CLAY KANGERGA and SCOTT KANGERGA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB (DIMAS) O'CAMPO, | Case No. 2:11-cv-03011-JAM-CMK |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |
| PNS STORES, INC. dba BIG LOTS #04596, et al., | |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES:

2      Plaintiff, ROB (DIMAS) O'CAMPO, and defendants, PNS STORES, INC. dba BIG
3  LOTS #04596; CLAY KANGERGA and SCOTT KANGERGA, stipulate to and jointly
4  request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-
5  entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6

7  Dated: February 16, 2012          DISABLED ADVOCACY GROUP, APLC

8
                                      /s/  Lynn Hubbard
9                                     LYNN HUBBARD III
                                      Attorney for Plaintiff ROB (DIMAS) O'CAMPO
10

11
12 Dated: February 16, 2012          PRICE & BROWN

13
                                      /s/  Philip B. Price
14                                    PHILIP B. PRICE
                                      Attorney for Defendants PNS STORES, INC. dba BIG
                                      LOTS #04596; CLAY KANGERGA and SCOTT
15                                    KANGERGA

16

17

18                                    **ORDER**

19      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-
20 03011-JAM-CMK, is hereby dismissed with prejudice.

21

22 Dated: 2/16/2012                   /s/ John A. Mendez
                                      United States District Court Judge
23

24

25

26

27

28

Joint Stipulation for Dismissal                           O'Campo v. PNS Stores, Inc.,et al.
& Order Thereon                    - 2 -                  Case No. 2:11-cv-03011-JAM-CMK